(August 25, 1987)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERNEST DAVIS, Petitioner, v EUGENE LeFEVRE, as Superintendent of Clinton Correctional Facility, Respondent.—Application, pursuant to CPLR 7002 (b) (2), for writ of habeas corpus denied (see, People ex rel. Davis v Coombe, 97 AD2d 667). Mahoney, P. J., Kane, Main, Levine and Harvey, JJ., concur.